PROB 12C
(7/93)

Report Date: May 3, 2011

# United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 0 4 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher James Twelves      Case Number: 2:05CR00043-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 09/13/2005

Original Offense:       Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B)

Original Sentence:      Prison - 63 Months; TSR - 36 Months      Type of Supervision: Supervised Release

Asst. U.S. Attorney:    Stephanie J. Lister      Date Supervision Commenced: 05/12/2010

Defense Attorney:       Federal Defenders Office      Date Supervision Expires: 05/11/2013

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Standard Condition #9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |
| | **Supporting Evidence**: Christopher Twelves violated conditions of his supervision in Spokane, Washington, by soliciting sexual acts from known prostitutes. The offender admitted that he compensated two women on separate occasions for sexual acts on dates undisclosed, while in the community. |
| 2 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: Christopher Twelves violated the conditions of his supervised release in Spokane, Washington, for an undisclosed period of time, by possessing and viewing sexually explicit movies (pornography). On April 20, 2011, the offender failed to |

Prob12C
Re: Twelves, Christopher James
May 3, 2011
Page 2

acknowledge that he possessed and/or viewed sexually explicit images and/or movies during the summer of 2010 and between September - December 2010. Specifically, the offender admitted to viewing pornography during a barbeque at a friend's home in the summer of 2010. He also admitted to entering an adult store for the explicit purpose of purchasing pornographic movies for viewing, during the above-referenced period.

3 **Special Condition #22**: You shall actively participate and successfully complete an approved state-certified sex offender treatment program. You shall follow all lifestyle restrictions and treatment requirements of the program. You shall participate in special testing in the form of polygraphs and plethysmographs, in order to measure compliance with the treatment program requirements. You shall allow reciprocal release of information between the supervising probation officer and the treatment provider. You shall pay for treatment and testing according to your ability.

**Special Condition #23**: You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other forms that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). Neither shall you enter nor frequent any establishment involved in the sex industry, including adult bookstores, massage parlors, and strip bars. You shall not utilize any sex-related adult telephone numbers. The supervising probation officer is authorized to monitor compliance in this area by obtaining telephone records.

**Supporting Evidence**: Christopher Twelves violated conditions of his supervised release by entering an adult store, for the purpose of renting pornographic movies to view. Mr. Twelves self-disclosed that he rented sexually explicit movies during a period, to include September - December 2010. The offender denied possessing and/or viewing pornographic material after the referenced dates.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/03/2011

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

Prob12C
Re:  Twelves, Christopher James
May 3, 2011
Page 3

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[✓]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

May 3, 2011
Date